174 A.3d 504

THE IRWIN LAW FIRM, P.A., PLAINTIFF-PETITIONER, v.
RICHARD GRABOWSKY, DEFENDANT-RESPONDENT.

C–173 September Term 2017
079513

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004800–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

174 A.3d 504

TRANSLAND INVESTMENTS, LLC, PLAINTIFF-RESPONDENT,
v. LING YAN QUAN, DEFENDANT-PETITIONER.

C–137 September Term 2017
079168

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000884–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.